**DISMISS and Opinion Filed July 9, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-01299-CV

**FLORIDA SUNSHINE STANFORD, Appellant**
**V.**
**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST, AND FAY SERVICING, LLC, Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-06774-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

We questioned our jurisdiction over this appeal from the trial court's order granting appellees' summary judgment motion as the order did not dispose of all parties and claims and did not appear otherwise appealable. *See Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (appeal may be taken from interlocutory order if allowed by statute and final judgment that disposes of all claims and parties). In response to our request for jurisdictional briefing, appellant noted she filed the appeal after the district clerk notified her by letter that "an

appealable order or other final order disposing of the case" had been signed. The order referred to in the letter was the appealed summary judgment order.

As noted by appellees, however, the clerk's letter was erroneous. The summary judgment order did not dispose of all parties and claims, and in fact, stated it was "a partial judgment." A partial summary judgment order is interlocutory and unappealable, absent circumstances not applicable here. *Bandera Elec. Co-op., Inc. v. Gilchrist*, 946 S.W.2d 336, 337 (Tex. 1997) (per curiam). Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Tipps*, 842 S.W.2d at 272.

/Robert D. Burns, III/
ROBERT D. BURNS, III
231299F.P05                    CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FLORIDA SUNSHINE
STANFORD, Appellant

No. 05-23-01299-CV        V.

U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY, BUT
SOLELY AS TRUSTEE OF LSF9
MASTER PARTICIPATION
TRUST, AND FAY SERVICING,
LLC, Appellees

On Appeal from the 380th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 380-06774-
2022.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered July 9, 2024.